IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>        Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONIC CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 2:21-cv-00041<br><br>ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Gesture Technology Partners, LLC discloses the following corporate information as required by Rule 7.1 of the Federal Rules of Civil Procedure:

No parent corporation or publicly held corporation owns 10% or more of the stock of Plaintiff Gesture Technology Partners, LLC.

Dated: February 4, 2021

Respectfully submitted,

By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
Jonathan L. Hardt
Texas State Bar No. 24039906
Chad Ennis
Texas State Bar No. 24045834
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-1354

fwilliams@wsltrial.com
msimons@wsltrial.com
jhardt@wsltrial.com
cennis@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

ATTORNEYS FOR PLAINTIFF