# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:21-CV-00041-JRG |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement (the "Motion") filed by Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"). (Dkt. No. 10). In the Motion, Samsung requests an extension of the deadline for it to answer or otherwise respond to April 27, 2021 in light of Samsung Electronics Company, Ltd.'s agreement to waive service under the Hague Convention.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadline for Samsung to answer or otherwise respond is **extended** to **April 27, 2021**.

**So ORDERED and SIGNED this 12th day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE