IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>   Plaintiff,<br> v.<br><br>SAMSUNG ELECTRONIC CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>   Defendants. | CIVIL ACTION NO. 2:21-cv-00041-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that C. Matthew Rozier of the law firm Williams Simons & Landis PLLC files this notice of appearance as counsel for Gesture Technology Partners, LLC ("GTP"), is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of GTP, and requests CM/ECF notifications of filing in this case.

Dated: February 17, 2021   Respectfully submitted,

              By: */s/ C. Matthew Rozier*
              Fred I. Williams
              Texas State Bar No. 00794855
              Michael Simons
              Texas State Bar No. 24008042
              Jonathan L. Hardt
              Texas State Bar No. 24039906
              Chad Ennis
              Texas State Bar No. 24045834
              WILLIAMS SIMONS & LANDIS PLLC
              327 Congress Ave., Suite 490
              Austin, TX 78701
              Tel: 512-543-1354

fwilliams@wsltrial.com
msimons@wsltrial.com
jhardt@wsltrial.com
cennis@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

C. Matthew Rozier
Colorado Bar No. 46854
WILLIAMS SIMONS & LANDIS PLLC
1550 Larimer Street, Suite 1067
Denver, CO 80202
Tel: (512) 717-6583
mrozier@wsltrial.com

*Attorneys for Plaintiff Gesture Technology Partners, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on February 17, 2021, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ C. Matthew Rozier*
C. Matthew Rozier