IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendants. | C.A. 2:21-cv-00041-JRG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF GESTURE TECHNOLOGY PARTNERS, LLC'S UNOPPOSED MOTION
TO WITHDRAW CHAD ENNIS AS COUNSEL**

Plaintiff Gesture Technology Partners, LLC ("GTP") hereby files this Unopposed Motion

to Withdraw as Counsel and respectfully requests that Chad Ennis of Williams Simons & Landis

PLLC be permitted to withdraw herein as counsel of record for GTP. Plaintiff will continue to be

represented by counsel of the firm Williams Simons & Landis PLLC.

Granting this Motion will cause no prejudice to any party or delay in this matter.

Defendants are unopposed to this withdrawal.


Dated: April 21, 2021

Respectfully submitted,


By: */s/ Chad Ennis*
Chad Ennis
Texas State Bar No. 24045834
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-1354
cennis@wsltrial.com

*Attorney for Plaintiff Gesture Technology Partners,
LLC.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirements of Local Rule CV-7(h). Counsel for both parties discussed the issues presented here via email on April 7, 2021. Defendants indicated that they were not opposed to the relief sought herein.

By: */s/ Chad Ennis*
Chad Ennis

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 21, 2021, the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

By: */s/ Chad Ennis*
Chad Ennis