IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC<br>  *Plaintiff*, | §<br>§<br>§ | |
| v. | § | CASE NO. 2:21-cv-00040-JRG |
| | § | (LEAD CASE) |
| HUAWEI DEVICE CO. LTD and HUAWEI<br>DEVISE USA, INC.<br>  *Defendants*. | §<br>§<br>§ | |

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC<br>  *Plaintiff*, | §<br>§<br>§ | |
| v. | § | CASE NO. 2:21-cv-00041-JRG |
| | § | (Member Case) |
| SAMSUNG ELECTRONICS CO., LTD. et al<br>  *Defendants*. | §<br>§ | |

## **REPORT OF MEDIATION**

The above-captioned case was mediated via Zoom video conference by David Folsom on Wednesday, January 5, 2022, between Plaintiff, Gesture Technology Partners, LLC, and Defendants, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.  The mediation was unsuccessful.  The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 7th day of January 2022.

*/s/ David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 255-3250
Facsimile:  (903) 255-3265
E-mail:  dfolsom@jw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 7th day of January 2022.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/  David Folsom*
David Folsom